March 28, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

KATHERINE MARCUM, Appellant

NO. 14-13-00197-CV            V.

DOW CORNING CORPORATION, DOW CORNING WRIGHT CORPORATION, CHRIS ROBINSON MD, JAMES R. CULLINGTON MD, FRANCIS BURTON MD, SIMON FREDERICKS MD, TOLBERT WILKINSON MD, 21 INTERNATIONAL HOLDINS FKA KNOLL INTERNATIONAL, MILTON ROWLEY MD, WESLEY WASHBURN MD, PRESTON CHANDLER MD, WILSHIRE FOAM PRODUCTS INC., ERNEST CRONIN MD, JAMES PETERSON MD, FRANK J. GEROW MD, THOMAS CRONIN MD, BAXTER HEALTHCARE CORPORATION, GENERAL ELECTRIC COMPANY, DOW CHEMICAL COMPANY AND MEC SUBSIDIARY INC., Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on January 29, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Katherine Marcum, now known as Katherine Marcum Spiars.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.